AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 6:24-MJ-159-MK |
| TREVOR ALAN SLOCUM-LAMMERS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 9, 2023  in the county of  Lane  in the   District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

The attached affidavit of Special Agent Jacob McPhie, which is incorporated herein.

☑ Continued on the attached sheet.

S/Jacob McPhie
*Complainant's signature*

Jacob McPhie, SA-FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  10  a.m./p.m.

Date: 7/31/24

City and state: Eugene, OR

Mark D. Clarke, United States Magistrate Judge
*Printed name and title*